UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Docket No. 1:10 CR 62

UNITED STATE OF AMERICA

    vs.                                  **NOTICE OF LIMITED APPEARANCE**

PAUL JEREMIAS

       COMES NOW, the undersigned attorney to respectfully request that his representation herein be limited to the defendant's initial appearance before the United States Magistrate.

       Respectfully submitted this 4th day of November, 2010.

                                            DEVEREUX & BANZHOFF, PLLC
                                            Attorneys for the Defendant
                                            Suite 1100. The Jackson Building
                                            22 South Pack Square
                                            Asheville, North Carolina  28801
                                            Telephone:  (828) 285-9455

                             By:    s/ Sean P. Devereux
                                     Sean P. Devereux
                                     (North Carolina State Bar #7691)

## CERTIFICATE OF SERVICE

  THIS IS TO CERTIFY that the foregoing document was served on the United States Attorney's office by service through the ECF system to the addressee below:

    Thomas R. Ascik
    Assistant United States Attorney
    U.S. Courthouse
    100 Otis Street
    Asheville, NC  28801

    thomas.ascik@usdoj.gov


This 4th day of November, 2010.

                s/ Sean P. Devereux