|          |                                                              |
|----------|--------------------------------------------------------------|
| **To:**  | The Honorable Martin Reidinger                               |
|          | U.S. District Court Judge                                    |
| **From:**| Chelsey Padilla                                              |
|          | U.S. Probation Officer                                       |
| **Subject:** | **Paul Jeremias**                                        |
|          | Case Number: 0419 1:10CR00062- 001                           |
|          | **OUT-OF-COUNTRY TRAVEL**                                    |
| **Date:**| 2/1/2016                                                     |



NORTH CAROLINA WESTERN
MEMORANDUM

Your Honor,

I am writing you on behalf of Paul Jeremias. He was sentenced in your court on March 14, 2012, for Possession of Materials Involving the Sexual Exploitation of Minors (18 U.S.C. § 2252(a)(4)(B)), to sixty-three (63) months imprisonment followed by a life term of TSR. Mr. Jeremias is currently on an extension for (6) months at the halfway house here in Charlotte, North Carolina, due to having no residential plan in place once he was released from BOP custody on 1/6/2016.

As he is currently looking for suitable housing options in Detroit, he has come to learn that his mother has been hospitalized at the Humber River Hospital in Toronto, Canada, and is believed to be in critical condition. It is his wish, that when she passes, he be allowed to fly to Canada within 24 hours to attend her funeral and sit Shiva in compliance with his Jewish faith. His total out of country travel request would be at time of death up to two weeks. He has provided me with the addresses and names of his siblings he would be staying with during the services.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7652, should you have any questions.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: February 1, 2016

_____
Martin Reidinger
United States District Judge